IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| LOUISE HUNTER; GLORIA HUNTER CARR; JESSIE HUNTER, JR.; ARTHUR HUNTER; ANNIE GRIFFIN; PATRICIA GRIFFIN TAYLOR; JOYCE GRIFFIN BARTON; TOMMY GRIFFIN; IRENE DAVIS; TERRY DAVIS; MOSES DAVIS; MELVIN DAVIS; EDITH MACK; LORENE MACK; and ALEXANDER MACK, individually and as representatives of the classes [etc.], <br><br>Plaintiffs, <br><br>v. <br><br>AMERICAN GENERAL LIFE & ACCIDENT INSURANCE COMPANY; and INDEPENDENT LIFE AND ACCIDENT INSURANCE COMPANY <br><br>Defendants. | Master File No. C/A 3:01-5000-22 <br>MDL Docket No. 1429 <br><br>C/A No. 3:02-1483-22 |

## SECOND AMENDED CERTIFICATION SCHEDULING ORDER

In light of the Fourth Circuit's decision granting plaintiffs' Rule 23(f) petition for permissive appeal from this Court's December 2, 2004 Order (Pacer Doc. No. 122), the Amended Certification Scheduling Order entered on February 24, 2005 (Pacer Doc. No. 126) is hereby vacated. Within thirty days after the issuance of the Fourth Circuit's opinion on the appeal, the parties shall confer and propose deadlines for a further Scheduling Order with respect to the class certification issues remaining in this civil action.

This Order is jointly proposed by counsel.

01173155.1

IT IS SO ORDERED.

*[signature]*
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 29, 2005.

01173155.1

2